UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WEST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK WITHROW, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-0537-JDP (P)<br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

Plaintiff is cautioned that the *in forma pauperis* application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's jail trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding *in forma pauperis* are not required to pay the $55.00 administrative fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated: __March 6, 2025__     _____
                                                        JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE