1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK WITHROW, *et al.*,<br><br>        Defendants. | Case No.  2:25-cv-0537-DJC-JDP (P)<br><br><br>ORDER |

On March 24, 2025, I recommended that this action be dismissed because plaintiff moved to proceed *in forma pauperis*, yet this inmate trust account showed a balance of $4,675. ECF No. 7. In response, plaintiff filed a notice stating that he wanted to pay the filing fee.[1]  ECF No. 8.

In light of this, I will hold the March 24, 2025 findings and recommendations in abeyance and grant plaintiff twenty-one days to file pay the filing fee. Should plaintiff fail to submit the filing fee within the prescribed time period, I will submit the March 24, 2025, findings and recommendations to the district judge for consideration.

---

[1] Plaintiff may pay the filing fee by submitting either a cashier's check or money order made payable to the U.S. District Court, Office of Clerk, 501 I Street #4-200, Sacramento, CA 95814.  The payment shall identify the case name and number.  The filing fee at the time plaintiff opened this case was $350.00 plus a $52.00 administrative fee.

1

Accordingly, it is hereby ORDERED that:

1. The March 24, 2025 findings and recommendations, ECF No. 7, are held in abeyance.

2. Plaintiff shall pay the full filing fee within twenty-one days of this order.

3. Should plaintiff fail to comply with this order, the March 24, 2025 findings and recommendations will be submitted to the district judge for consideration.

IT IS SO ORDERED.

Dated:   April 28, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE