UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY WEST,<br><br>                Plaintiff,<br><br>     v.<br><br>PATRICK WITHROW, *et al.*,<br><br>                Defendants. | Case No.  2:25-cv-0537-DJC-JDP (P)<br><br>ORDER |

Plaintiff is a county inmate proceeding pro se with an action filed under 42 U.S.C. § 1983. By order filed June 23, 2025, plaintiff was given the option to file an amended complaint or to proceed with his Fourteenth Amendment claims against defendants Kym, Plosser, Mendoza, Fanzia, Darren, and Does 5 through 50. Plaintiff has elected to proceed on his cognizable claim.[1] ECF No. 16.

The complaint states a cognizable claim for relief against defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits.

---

[1] Shortly after plaintiff filed his notice to proceed with the cognizable claims, plaintiff filed a document titled first amended complaint. ECF No. 17. That complaint, however, is incomplete, and the allegations in the completed portion are identical to those in plaintiff's initial complaint. In light of plaintiff's notice to proceed, the court will accept plaintiff's notice of intent to proceed on the cognizable claims, and the operative complaint is that filed February 18, 2025.

1

  The Clerk of Court is directed to issue a summons to defendants. Service of process shall be completed within ninety days. Plaintiff shall serve a copy of this order concurrently with service of process and file with the Clerk of Court a certificate of such service. Plaintiff is cautioned that this action or any unserved defendant may be dismissed if service of process is not accomplished within ninety days from the date that the complaint is filed. *See* Fed. R. Civ. P. 4(m).

  Accordingly, it is ORDERED that:

  1. The Clerk of Court shall issue summons for the following defendants:

    a. Dr. Kym, a pediatrist specialist at San Joaquin County Jail in 2022;

    b. Ma Del Carmen Plosser, a medical employee at San Joaquin County Jail in 2022;

    c. Robyn Mendoza, a nurse practitioner at San Joaquin County Jail in 2022;

    d. Fanzia, a medical assistant at San Joaquin County Jail in 2022; and

    e. Darren, a registered nurse at San Joaquin County Jail in 2022.

  2. Plaintiff is directed to serve each defendant with a copy of the summons and complaint within ninety days of this order's entry.

  3. Failure to do so may result in a recommendation that any unserved defendants be dismissed without prejudice for failure to timely effect services of process.

IT IS SO ORDERED.

Dated:  October 22, 2025          _____
                     JEREMY D. PETERSON
                     UNITED STATES MAGISTRATE JUDGE