UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY WEST | ) | Case No. 2:25-cv-0537-DJC-JDP |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| PATRICK WITHROW, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed February 27, 2026, this case was referred to the court's Post-Screening ADR ("Alternative Dispute Resolution") Project and stayed for a period of 120 days. ECF No. 26. nThat order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Defendants Darin Straub, Ma Del Plosser, Daniel Kim, DPM, Robyn Mendoza and Fozia Nar have requested to opt out of the Post-Screening ADR Project and that the stay be lifted.  Those requests are granted.  The court will set a schedule for discovery and pretrial motions.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the Post-Screening ADR Project, ECF No. 27, is GRANTED;

1

2. The ADR stay of this action, commencing February 27, 2026, ECF No. 26, is LIFTED, and a scheduling order will follow separately.

IT IS SO ORDERED.

Dated:    May 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE