UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY WEST,

Plaintiff,

v.

MA DEL CARMEN PLOSSER, et al.,

Defendants.

Case No. 2:25-cv-0537-DJC-JDP (P)

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2026 the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 33. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 29, 2026, ECF No. 33, are

ADOPTED in full;

2. Plaintiff's motion to strike, ECF No. 31, is GRANTED in part. Defenses numbers one, two, three, four, six, seven, eight, nine, and ten in the answer, ECF No. 25, are struck. The motion is denied in all other respects.
3. This matter is referred back to the Magistrate Judge for additional proceedings.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE